IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Evans, Thomas J

Printed: 01/06/09

Case Number: 08 B 01153
Judge: Wedoff, Eugene R
Filed: 1/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 13, 2008
Confirmed: May 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,985.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,855.97 |
| Trustee Fee: |  | 129.03 |
| Other Funds: |  | 0.00 |
| Totals: | 1,985.00 | 1,985.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,500.00 | 1,855.97 |
| 2. | Credit Line Recovery Inc | Unsecured | 4,045.60 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 1,620.18 | 0.00 |
| 4. | Providian | Unsecured | 2,341.50 | 0.00 |
| 5. | Orland Park Dental Assoc | Unsecured | 590.42 | 0.00 |
| 6. | Cook County Treasurer | Secured | | No Claim Filed |
| 7. | Internal Revenue Service | Priority | | No Claim Filed |
| 8. | Health Care Solutions Group Inc | Unsecured | | No Claim Filed |
| 9. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 10. | First Premier | Unsecured | | No Claim Filed |
| 11. | Nex Card | Unsecured | | No Claim Filed |
| 12. | Michael D Weis | Unsecured | | No Claim Filed |
| 13. | Nicor Gas | Unsecured | | No Claim Filed |
| 14. | Nex Card | Unsecured | | No Claim Filed |
| 15. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 16. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 17. | Acme Ortotic & Prosthetic | Unsecured | | No Claim Filed |
| 18. | Orland Fire Protection District | Unsecured | | No Claim Filed |
| 19. | Palos Pathology LTD | Unsecured | | No Claim Filed |
| 20. | Superior Air Ground | Unsecured | | No Claim Filed |
| 21. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 22. | Superior Air Ground | Unsecured | | No Claim Filed |
| 23. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Superior Air Ground | Unsecured | | No Claim Filed |
| 26. | Carson Pirie Scott | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Evans, Thomas J

Printed: 01/06/09

Case Number: 08 B 01153
Judge: Wedoff, Eugene R
Filed: 1/18/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Direct Merchants Bank | Unsecured | | No Claim Filed |
| 28. Credit Collections Services | Unsecured | | No Claim Filed |
| 29. Sprint | Unsecured | | No Claim Filed |
| 30. HSBC | Unsecured | | No Claim Filed |
| 31. Chase | Unsecured | | No Claim Filed |
| 32. Radiology & Nuclear | Unsecured | | No Claim Filed |
| | | $ 11,097.70 | $ 1,855.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 129.03 |
| | $ 129.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

